# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MONTE JAMES NOTTINGHAM | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-96-00250-001 SI<br>BOP Case Number: DCAN396CR000250-001<br>USM Number:       84895-012<br>Defendant's Attorney :Barry Portman |

**THE DEFENDANT:**

[**x**]   admitted guilt to violation of condition(s) <u>1) standard #6, 2) standard cond.re: controlled substances, 3) sp. cond. re: residential reentry center, and 4) standard cond. Re: not commit another crime.</u> of the term of supervision.

[ ]   was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Failure to Notify Probation of Residence/Employment Change | 2/09 |
| 2 | Use of a Controlled Substance | 2/09 |
| 3 | Failure to Reside in Residential Reentry Center | 2/09 |
| 4 | Committed Another Federal, State or Local Crime | 2/09 |

The defendant is sentenced as provided in pages 2 through <u>2</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Date of Birth:     1955<br>Defendant's Social Security No: 9731<br>Defendant's USM No.: 84895-012<br><br>Defendant's Residence Address:<br>c/o United States Marshal<br><br>Defendant's Mailing Address: | May 15, 2009<br>Date of Imposition of Judgment<br><br>/s/ Susan Illston<br>Signature of Judicial Officer<br><br>Honorable Susan Illston, U. S. District Judge<br>Name & Title of Judicial Officer<br>              5/20/09<br>Date |

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case Sheet 2 - Imprisonment

| | | |
|---|---|---|
| DEFENDANT: | MONTE JAMES NOTTINGHAM | Judgment - Page 2 of 2 |
| CASE NUMBER: | CR-96-00250-001 SI | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months .

This term of imprisonment shall run consecutive to the sentence imposed in CR-09-0218 SI.

[**x**]　　The Court makes the following recommendations to the Bureau of Prisons:
The defendant shall receive credit for time served from February 24, 2009.

[**x**]　　The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ]　　The defendant shall surrender to the United States Marshal for this district.

　　[ ] at ___ [] am [] pm on ___.
　　[ ] as notified by the United States Marshal.

　　The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ]　　The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　[ ] before 2:00 pm on ___.
　　[ ] as notified by the United States Marshal.
　　[ ] as notified by the Probation or Pretrial Services Office.

　　The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

　　Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MARSHAL

　　　　　　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy United States Marshal